AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Lennox Bailey <br> *Plaintiff* <br> v. <br> Airport Terminal Services, Inc., and Youliana Kouumdjieva, Individually, <br> *Defendant* | ) ) ) ) ) ) ) ) Civil Action No. **CV 15 3161** |

**SUMMONS IN A CIVIL ACTION**

**BLOCK, J.**

To: *(Defendant's name and address)* See Attached.

**POLLAK, M.J.**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
   Phillips & Associates
   45 Broadway, Suite 620
   New York, NY 10006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**DOUGLAS C. PALMER**
*CLERK OF COURT*

Date: __JUN 0 3 2015__

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT

CV 15 3161

BLOCK, J.

POLLAK, M.J.

JUN 03 2015

Airport Terminal Services, Inc.
Via Secretary of State
111 West Port Plaza, #400
St. Louis, MO, 63146

Youliana Kouumdjieva
Via Place of Employment
Wingtips Lounge
John F. Kennedy International Airport
Terminal 4
Jamaica, NY, 11430

