UNITED STATES DISTRICT COURT/EASTERN DISTRICT OF NEW YORK   Attorney: PHILLIPS & ASSOCIATES
ATTORNEYS AT LAW, PLLC

LENNOX BAILEY

Plaintiff(s)

Index # CV 15 3161 (BLOCK)(POLLAK)

- against -

AIRPORT TERMINAL SERVICES, INC., ETANO

Defendant(s)

Purchased June 3, 2015

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

TAFFPHINA THOMPSON BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on June 9, 2015 at 12:44 PM at

C/O JOHN F. KENNEDY INTERNATIONAL AIRPORT, WINGTIPS LOUNGE
TERMINAL 4
JAMAICA, NY 11430

deponent served the within SUMMONS AND COMPLAINT on YOULIANA KOUUMDJIEVA therein named.

**INDIVIDUAL**  by delivering a true copy of each to said Defendant personally; deponent knew the person so served to be the person described as the Defendant therein and she identified herself as such.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | GRAY | 50 | 5'6 | 200 |

**MILITARY SERVICE**  Person spoken to was asked whether the Defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the Defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: June 11, 2015

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6178241
Qualified In New York County
Commission Expires November 26, 2015

RALPH MULLEN
Notary Public, State of New York
No. 01MU6238632
Qualified in New York County
Commission Expires April 11, 2019

VINETTA BREWER
Notary Public, State of New York
No. 4949206
Qualified in Bronx County
Commission Expires April 3, 2019

TAFFPHINA THOMPSON
License #: 2019271
Invoice #: 626032

UNITED PROCESS SERVICE, INC. 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 (212) 619-0728 NYCDCA#1102045