UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------- x

LENNOX BAILEY,                                    :
                                                  :
              Plaintiff,                          :
                                                  :
       v.                                         :          No. 15-CV-3161(FB)(CLP)
                                                  :
AIRPORT TERMINAL SERVICES, INC., and              :
YOULIANA KOUUMDJIEVA, *Individually*,             :
                                                  :
              Defendants.                         :

---------------------------------------------------------- x

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Aaron Warshaw of the law firm Ogletree, Deakins,

Nash, Smoak & Stewart, P.C, 1745 Broadway, Suite 22, New York, New York 10019, hereby

enters his appearance as counsel for defendants Airport Terminal Services, Inc. and Youliana

Kouumdjieva in the above-captioned matter.

Dated:  New York, New York
        June 24, 2015                      Respectfully submitted,

                                           OGLETREE, DEAKINS, NASH, SMOAK &
                                           STEWART, P.C.

                                           By /s Aaron Warshaw_____
                                               Aaron Warshaw
                                           1745 Broadway, 22nd Floor
                                           New York, New York 10019
                                           212-492-2500
                                           aaron.warshaw@ogletreedeakins.com

                                           Attorney for Defendants
                                           *Airport Terminal Services, Inc., and Youliana
                                           Kouumdjieva*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 24, 2015 I served, via the CM/ECF system, a true and correct copy of the foregoing Notice of Appearance upon all parties registered to receive electronic notice.


By:  /s Aaron Warshaw
         Aaron Warshaw