UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x

LENNOX BAILEY,

        Plaintiff,

v.

AIRPORT TERMINAL SERVICES, INC., and
YOULIANA KOUUMDJIEVA, *Individually*,

        Defendants.

------------------------------------------------------------x

No. 15-CV-3161(FB)(CLP)

### STIPULATION EXTENDING DEFENDANTS' TIME TO ANSWER OR RESPOND TO THE COMPLAINT

It is hereby stipulated and agreed, by and between the undersigned parties through their respective counsel, that the time for defendants Airport Terminal Services, Inc. and Youliana Kouumdjieva to answer, move, or otherwise respond to the Complaint is hereby extended through and including July 31, 2015.

Dated: New York, New York
       June 24, 2015

PHILLIPS & ASSOCIATES, PLLC

By _____
    Nicole A. Welch, Esq.
    Dorina Cela, Esq.
45 Broadway, Suite 620
New York, New York 10006
212-248-7431
nwelch@tpglaws.com
dcela@tpglaws.com

Attorneys for Plaintiff

OGLETREE, DEAKINS, NASH,
   SMOAK & STEWART, P.C.

By _____
    Aaron Warshaw, Esq.
1745 Broadway, 22nd Floor
New York, New York 10019
212-492-2500
aaron.warshaw@ogletreedeakins.com

Attorney for Defendants