

*Attorneys at Law*
45 Broadway, Suite 620
New York, New York 10006
(212) 248-7431 (telephone)
(212) 901- 2107 (facsimile)

July 27, 2015

**Via Facsimile and ECF**
Hon. Mag. J. Cheryl L. Pollak
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      RE:       **Bailey v. Airport Terminal Service, Inc. et al.**
      Case No.:   **15-CV-3161 (FB)(CLP)**

Dear Judge Pollak:

    Our office represents Plaintiff, Lennox Bailey, in the above-referenced matter.  We write now to respectfully request an adjournment of the initial pretrial conference on August 18, 2015 at 3:30 p.m.

    Plaintiff's counsel has a scheduling conflict and reached out to Defendants advising of same and requesting Defendants' availability.

    Accordingly, Plaintiff respectfully requests that the initial pretrial conference in this matter be rescheduled to the afternoon of August 19, 2015 or after 3:00 p.m. on August 20, 2015. Defendants consent to this request.

    Thank you for your consideration of this request.

                                  Respectfully submitted,

                                  **PHILLIPS & PHILLIPS,**
                                  **ATTORNEYS AT LAW, PLLC**

                                  _____/s/Nicole Welch____
                                  Nicole Welch (NW8070)