UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
LENNOX BAILEY,                                           :
                                                         :
           Plaintiff,                              :
                                                         :
           v.                                      :    No. 15-CV-3161(FB)(CLP)
                                                         :
AIRPORT TERMINAL SERVICES, INC., and                     :
YOULIANA KOUUMDJIEVA, *Individually*,                    :
                                                         :
           Defendants.                             :
-------------------------------------------------------------- x

## DEFENDANT AIRPORT TERMINAL SERVICES, INC.'S
## RULE 7.1 DISCLOSURE STATEMENT

      Pursuant to Federal Rule of Civil Procedure 7.1 and the Local Rules for the U.S. District Court for the Eastern District of New York, the undersigned counsel of record for defendant Airport Terminal Services, Inc. hereby states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Dated:  New York, New York
          August 4, 2015

                                              OGLETREE, DEAKINS, NASH,
                                              SMOAK & STEWART, P.C.

                                              By /s Aaron Warshaw
                                                 Aaron Warshaw
                                            1745 Broadway, 22nd Floor
                                            New York, New York 10019
                                            (212) 492-2500
                                            aaron.warshaw@ogletree.deakins.com

                                            Attorneys for Defendants
                                              *Airport Terminal Services, Inc.,*
                                              *and Youliana Kouumdjieva*

## CERTIFICATION OF SERVICE

The undersigned attorney hereby certifies that, on August 4, 2014, the foregoing Defendant Airport Terminal Services, Inc.'s Rule 7.1 Disclosure Statement was electronically filed using the CM/ECF system, which sent notification of such filing to counsel of record for the plaintiff.

    /s Aaron Warshaw
    Aaron Warshaw

21996339.1