US MAGISTRATE JUDGE CHERYL L. POLLAK        DATE: 8/20/15

TIME SPENT: _____

DOCKET NO. 15 CV 3161

CASE: Bailey v Airport Terminal

- [✓] INITIAL CONFERENCE
- [ ] DISCOVERY CONFERENCE
- [ ] SETTLEMENT CONFERENCE
- [ ] MOTION HEARING
- [ ] OTHER/STATUS CONFERENCE
- [ ] FINAL/PRETRIAL CONFERENCE
- [ ] TELEPHONE CONFERENCE
- [ ] ORAL ARGUMENT

MANDATORY DISCLOSURE:

____ COMPLETED        8/28 DATE TO BE COMPLETED BY

FOR PLAINTIFF: _____

FOR DEFENDANT: _____

____ DISCOVERY TO BE COMPLETED BY _____

____ NEXT CONFERENCE SCHEDULED FOR _____

____ DUNTON ISSUE ADDRESSED

PL. TO SERVE DEF. BY: _____        DEF. TO SERVE PL. BY: _____

RULINGS: Mandaty disclosures due 8/28
Parties to exchange doc requests
and interrogs by 9/18
Responses 10/19
Depositions to proceed
Conference December 1, 2015 at 11:30 A.M.