UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------- x

LENNOX BAILEY,                                                 :
                                                               :
                    Plaintiff,                                 :
                                                               :
            v.                                                 :            No. 15-CV-3161(FB)(CLP)
                                                               :
AIRPORT TERMINAL SERVICES, INC., and                           :
YOULIANA KOUUMDJIEVA, *Individually*,                          :
                                                               :
                    Defendants.                                :

-------------------------------------------------------------- x

<u>**NOTICE OF APPEARANCE**</u>

   **PLEASE TAKE NOTICE** that P. Kramer Rice of the law firm Ogletree, Deakins, Nash,

Smoak & Stewart, P.C, 1745 Broadway, Suite 22, New York, New York 10019, hereby enters

his appearance as counsel for defendants Airport Terminal Services, Inc. and Youliana

Kouumdjieva in the above-captioned matter.

Dated: New York, New York
       October 27, 2015                        Respectfully submitted,

                                               OGLETREE, DEAKINS, NASH, SMOAK &
                                               STEWART, P.C.

                                               By /s Kramer Rice
                                                   P. Kramer Rice
                                               1745 Broadway, 22nd Floor
                                               New York, New York 10019
                                               212-492-2500
                                               kramer.rice@ogletreedeakins.com

                                               Attorney for Defendants
                                               *Airport Terminal Services, Inc., and Youliana
                                               Kouumdjieva*

## CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2015 I served, via the CM/ECF system, a true and correct copy of the foregoing Notice of Appearance upon all parties registered to receive electronic notice.


By:  /s Kramer Rice
        P. Kramer Rice