UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
LENNOX BAILEY, :
 :
                Plaintiff, :
 :
                v. :    No. 15-CV-3161(FB)(CLP)
 :
AIRPORT TERMINAL SERVICES, INC., and :
YOULIANA KOUUMDJIEVA, *Individually*, :
 :
                Defendants. :
---------------------------------------------------------------- x

## NOTICE OF WITHDRAWAL OF APPEARANCE

**PLEASE TAKE NOTICE** that P. Kramer Rice of the law firm Ogletree, Deakins, Nash, Smoak & Stewart, P.C, 1745 Broadway, 22nd Floor, New York, New York 10019, hereby withdraws his appearance as counsel for defendants Airport Terminal Services, Inc. and Youliana Kouumdjieva in the above-captioned matter. Aaron Warshaw of Ogletree, Deakins, Nash, Smoak & Stewart, P.C. will remain lead counsel of record. Pursuant to Local Rule 1.4, a copy of this notice was served upon all of the parties.

Dated: New York, New York
       November 18, 2015

                                            OGLETREE, DEAKINS, NASH,
                                            SMOAK & STEWART, P.C.

                                            By <u>s/ Kramer Rice</u>
                                                P. Kramer Rice
                                            1745 Broadway, 22nd Floor
                                            New York, New York  10019
                                            (212) 492-2500

                                            Attorney for Defendants
                                            *Airport Terminal Services, Inc., and Youliana Kouumdjieva*

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on November 18, 2015, a true and correct copy of the foregoing Notice of Withdrawal was served by electronic case filing on all parties of record in this action.

                                    s/ Kramer Rice
                                        P. Kramer Rice

23022832.1