UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------- x
LENNOX BAILEY,

            Plaintiff,

           v.                                                 No. 15-CV-3161(FB)(CLP)

AIRPORT TERMINAL SERVICES, INC., and
YOULIANA KOUUMDJIEVA, *Individually*,

           Defendants.
----------------------------------------------------------------- x

## NOTICE OF WITHDRAWAL OF APPEARANCE

**PLEASE TAKE NOTICE** that P. Kramer Rice of the law firm Ogletree, Deakins, Nash, Smoak & Stewart, P.C, 1745 Broadway, 22nd Floor, New York, New York 10019, hereby withdraws his appearance as counsel for defendants Airport Terminal Services, Inc. and Youliana Kouumdjieva in the above-captioned matter. Aaron Warshaw of Ogletree, Deakins, Nash, Smoak & Stewart, P.C. will remain lead counsel of record. Pursuant to Local Rule 1.4, a copy of this notice was served upon all of the parties.

Dated: New York, New York
       November 18, 2015

                                    OGLETREE, DEAKINS, NASH,
                                    SMOAK & STEWART, P.C.

                                    By *s/ Kramer Rice*
                                       P. Kramer Rice
                                    1745 Broadway, 22nd Floor
                                    New York, New York 10019
                                    (212) 492-2500

                                    Attorney for Defendants
                                    *Airport Terminal Services, Inc., and Youliana Kouumdjieva*

So Ordered
/s/ Cheryl L. Pollak
11/19/15

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on November 18, 2015, a true and correct copy of the foregoing Notice of Withdrawal was served by electronic case filing on all parties of record in this action.

s/ Kramer Rice
P. Kramer Rice

23022832.1