US MAGISTRATE JUDGE CHERYL L. POLLAK        DATE: 12/1/15

TIME SPENT: _____

DOCKET NO. __15 CV 3161__

CASE: __Bailey v Airport Terminal__

____ INITIAL CONFERENCE            ____ OTHER/STATUS CONFERENCE
____ DISCOVERY CONFERENCE          ____ FINAL/PRETRIAL CONFERENCE
____ SETTLEMENT CONFERENCE         ____ TELEPHONE CONFERENCE
____ MOTION HEARING                ____ ORAL ARGUMENT

MANDATORY DISCLOSURE:

____ COMPLETED                     ____ DATE TO BE COMPLETED BY

FOR PLAINTIFF: _____

FOR DEFENDANT: _____

____ DISCOVERY TO BE COMPLETED BY _____

____ NEXT CONFERENCE SCHEDULED FOR _____

____ DUNTON ISSUE ADDRESSED

PL. TO SERVE DEF. BY: _____      DEF. TO SERVE PL. BY: _____

RULINGS: Parties to resolve deficiencies in discovery responses or submit letters to the Court before 12/18

Depositions of 3 principals to take place prior to settlement conference set for 2/23 at 11:00