**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------X    15-cv-03161 (FB)(CLP)

LENNOX BAILEY,

                                Plaintiff,

                -against-

AIRPORT TERMINAL SERVICES, INC, and
YOULIANA KOUUMDJIEVA, *Individually,*

                              Defendants.
------------------------------------------------------------------------X

### Notice of Withdrawal of Appearance by Nicole Welch, Esq.

To the Clerk of the Court and All Parties of Record:

PLEASE TAKE NOTICE THAT, Nicole Welch, Esq. hereby withdraws her appearance as counsel for Plaintiff in the above-captioned action and requests that her name be removed from the Court's and parties' service lists. The law firm of Phillips & Associates continues to serve as counsel for Plaintiff through his attorneys having appeared in this action, and all future correspondence and papers in this action should continue to be directed to them.

Dated: New York, New York
         January 14, 2016

                                                **PHILLIPS & ASSOCIATES,**
                                                **ATTORNEYS AT LAW, PLLC**

                              By:      _____/s/Nicole Welch_____
                                         Nicole Welch, Esq.
                                         *Attorneys for Plaintiff*
                                         45 Broadway, Suite 620
                                         New York, NY 10006
                                         Ph: (212) 248-7431
                                         Fax: (212) 901-2107
                                         nwelch@tpglaws.com