**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------X
LENNOX BAILEY,  Index: 15-cv-3161 (FB)(CLP)

                Plaintiff,

                **NOTICE OF APPEARANCE**

    - against -

AIRPORT TERMINAL SERVICES, INC, and
YOULIANA KOUUMDJIEVA, *Individually*,

                Defendants.
-------------------------------------------------------------------------X

**NOTICE OF APPEARANCE**

      To the clerk of this Court and all parties of record: Please enter my appearance as counsel for the plaintiff in the herein action. I certify that I am admitted to practice in this Court.

Dated:   New York, New York
           January 14, 2016

                                                            _____
                                                             Casimir Wolnowski, Esq.
                                                              Phillips & Associates
                                                              Attorneys Law, PLLC
                                                              45 Broadway, Suite 620
                                                              New York, NY 10006
                                                              Tel: (212) 248-7431
                                                              Fax: (212) 901-2107
                                                              cwolnowski@tpglaws.com