UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------X     15-cv-03161 (FB)(CLP)

LENNOX BAILEY,

                                        Plaintiff,

                      -against-

AIRPORT TERMINAL SERVICES, INC, and
YOULIANA KOUUMDJIEVA, *Individually,*

                                        Defendants.

-------------------------------------------------------------------------X

### Notice of Withdrawal of Appearance by Nicole Welch, Esq.

To the Clerk of the Court and All Parties of Record:

PLEASE TAKE NOTICE THAT, Nicole Welch, Esq. hereby withdraws her appearance as counsel for Plaintiff in the above-captioned action and requests that her name be removed from the Court's and parties' service lists. The law firm of Phillips & Associates continues to serve as counsel for Plaintiff through his attorneys having appeared in this action, and all future correspondence and papers in this action should continue to be directed to them.

Dated: New York, New York
          January 14, 2016

                                                  PHILLIPS & ASSOCIATES,
                                                  ATTORNEYS AT LAW, PLLC


                                        By:        _____/s/Nicole Welch_____
                                                  Nicole Welch, Esq.
                                                  *Attorneys for Plaintiff*
                                                  45 Broadway, Suite 620
                                                  New York, NY 10006
                                                  Ph: (212) 248-7431
                                                  Fax: (212) 901-2107
                                                  nwelch@tpglaws.com

So Ordered

/s/ Cheryl Pollak   SMJ
1/15/16