

Phillips & Associates, Attorneys At Law, PLLC
45 Broadway, Suite 620
New York, NY, 10006
Tel: (212) 248-7431
Fax:  (212) 901-2107

February 4, 2016

<u>*Via ECF*</u>
Hon. Cheryl L. Pollak
United States Magistrate Judge
U.S. District Court (E.D.N.Y.)
225 Cadman Plaza East
Brooklyn, NY 11201

   Re: *Bailey v. Airport Terminal Services, Inc., et al.*
      **Case No. 15 cv 3161**

Your Honor:

  This letter is being submitted by the plaintiff's counsel concerning the settlement conference presently scheduled for February 23, 2016, and he respectfully requests the conference be rescheduled. As the Court is probably aware, on January 14, 2016, the (now previous) lead counsel for the plaintiff withdrew her representation and the undersigned took over as lead counsel (as an aside, the former counsel—to wit, Ms. Welch—is no longer with this firm and has accepted employment elsewhere). That said, the undersigned will be out of town the week of February 22, 2016 on a trip which has been planned (and booked) for months. Furthermore, given the transition and the events that had already been scheduled for other cases prior to the plaintiff's current counsel being assigned to this case, the plaintiff's counsel believes it will be difficult to complete the depositions of the three principals by February 23, but they will nevertheless be able to be accomplished by the proposed dates below.

  Accordingly, the plaintiff's counsel has conferred with counsel for the defendants regarding rescheduling the settlement conference, and counsel for the defendants has consented. The two attorneys have discussed possible dates for a rescheduling and respectfully propose the following:

- Wednesday, March 9, 2016;
- Friday, March 11, 2016;
- Monday, March 14, 2016; or,
- Friday, March 18, 2016.

Hon. Cheryl L. Pollak
February 4, 2016
Page 2 of 2

                                        Respectfully submitted,

                                        Casey Wolnowski, Esq.

Cc:      Aaron Warshaw (*via ECF*)
           Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
           1745 Broadway, 22nd Floor
           New York, NY 10019
           Telephone: 212-492-2509
           Fax: 212-492-2501
           Aaron.Warshaw@ogletreedeakins.com