**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------X
LENNOX BAILEY,                                                                               Index:  15-cv-3161 (FB)(CLP)

                                Plaintiff,

                                                                         **NOTICE OF APPEARANCE**

          - against -

AIRPORT TERMINAL SERVICES, INC, and
YOULIANA KOUUMDJIEVA, *Individually*,

                              Defendants.
-------------------------------------------------------------------------X

### NOTICE OF APPEARANCE

      To the clerk of this Court and all parties of record: Please enter my appearance as counsel for the plaintiff in the herein action.  I certify that I am admitted to practice in this Court.


Dated:   New York, New York
            February 18, 2016

                                                                   _____*/s/*_____
                                                              Steven Fingerhut, Esq.
                                                               Phillips & Associates
                                                               Attorneys at Law, PLLC
                                                               45 Broadway, Suite 620
                                                               New York, NY 10006
                                                               Tel: (212) 248-7431
                                                               Fax: (212) 901-2107
                                                               sfingerhut@tpglaws.com