**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------X   15-cv-3161 (FB)(CLP)

LENNOX BAILEY,

                              Plaintiff,

           - against -

AIRPORT TERMINAL SERVICES, INC, AND
YOULIANA KOUUMDJIEVA, *INDIVIDUALLY*,

                            Defendants.
-------------------------------------------------------------------------X

**Notice of Withdrawal of Appearance by Dorina Cela, Esq.**

To the Clerk of the Court and All Parties of Record:

PLEASE TAKE NOTICE THAT, Dorina Cela, Esq. hereby withdraws her appearance as counsel for Plaintiff in the above-captioned action and requests that her name be removed from the Court's and parties' service lists.

Dated: New York, New York
         February 29, 2016

                                              **PHILLIPS & ASSOCIATES,**
                                              **ATTORNEYS AT LAW, PLLC**

                   By:      _____/s/Dorina Cela_____
                                     Dorina Cela, Esq.
                                     *Attorneys for Plaintiff*
                                     45 Broadway, Suite 620
                                     New York, NY 10006
                                     Tel: (212) 248-7431
                                     Fax: (212) 901-2107
                                     dcela@tpglaws.com