US MAGISTRATE JUDGE CHERYL L. POLLAK      DATE: 3/11/16

TIME SPENT: _____

DOCKET NO. __15 CV 3161__

CASE: __Bailey v Airport Terminal__

____ INITIAL CONFERENCE          ____ OTHER/STATUS CONFERENCE
____ DISCOVERY CONFERENCE        ____ FINAL/PRETRIAL CONFERENCE
____ SETTLEMENT CONFERENCE       ____ TELEPHONE CONFERENCE
____ MOTION HEARING              ____ ORAL ARGUMENT

MANDATORY DISCLOSURE:

____ COMPLETED                   ____ DATE TO BE COMPLETED BY

FOR PLAINTIFF: _____

FOR DEFENDANT: _____

____ DISCOVERY TO BE COMPLETED BY _____

____ NEXT CONFERENCE SCHEDULED FOR _____

____ DUNTON ISSUE ADDRESSED

PL. TO SERVE DEF. BY: _____     DEF. TO SERVE PL. BY: _____

RULINGS:

Case settled
Stip of discontinuance to
be filed in 30 days