UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------- x
LENNOX BAILEY,

            Plaintiff,

       - against -

AIRPORT TERMINAL SERVICES, INC., and
YOULIANA KOUUMDJIEVA, *Individually*,

           Defendants.

--------------------------------- x

No. 15-CV-3161(FB)(CLP)

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties in the above matter, having resolved their differences, hereby agree that this action shall be dismissed without costs or attorneys' fees to any party, with prejudice.

Dated: New York, New York
       April 7, 2016

| | |
|---|---|
| PHILLIPS & ASSOCIATES, ATTORNEYS AT LAW, PLLC | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| By _____ 4/7/2016<br>Casey Wolnowski, Esq.<br>45 Broadway, Suite 620<br>New York, New York 10006<br>212-248-7431<br>CWolnowski@tpglaws.com | By _____<br>Aaron Warshaw<br>1745 Broadway, 22nd Floor<br>New York, New York 10019<br>212-492-2500<br>aaron.warshaw@ogletreedeakins.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants Airport Terminal Services, Inc., and Youliana Kouumdjieva* |

SO ORDERED:

_____
Hon. Frederick Block, U.S.D.J.

24280608.2